DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MANDINGO BOOBYYAA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1568
————————————————

September 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.